IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELPIDIO JUAREZ,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

16-cv-181-jdp

ANTHONY HENTZ, CAROL WALTER,
and JEAN FELBER,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Anthony Hentz, Carol Walter and Jean Felber granting their motion for summary judgment and dismissing this case.

/s/                              7/7/2017

Peter Oppeneer, Clerk of Court          Date