**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

DOC NO
REC'D/FILED
2017 JUL 19 AM 9: 11
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

---

ELPIDIO JUAREZ,

    Plaintiff,

v.

                              Case No. 16-cv-181-jdp

ANTHONY HENTZ, CAROL WALTER,
and JEAN FELBER,

    Defendants,

---

### notice of appeal

---

Notice is hereby given that ELPIDIO JUAREZ, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Circuit from the final judgment entered in this action on July 7, 2017.

Dated on July 14, 2017.

                                                                 Respectfully submitted,

                                                         Elpidio Juarez, Pro-se
                                                         Redgranite Correctional Institution
                                                         Box 925
                                                         Redgranite, Wisconsin 54970-0925