IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELPIDIO JUAREZ,

    Plaintiff,

v.

ANTHONY HENTZ, CAROL WALTER and
JEAN FELBER,

    Defendants.

ORDER

Appeal No. 17-2458
Case No. 16-cv-181-jdp

Plaintiff Elpidio Juarez has filed a notice of appeal from the court's July 7, 2017 order and requests leave to proceed without prepaying the $505 appellate filing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Elpidio Juarez may have until August 25, 2017 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 3rd day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge